1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LABORERS' INTERNATIONAL
UNION OF NORTH AMERICA,
LOCAL 872,

        Plaintiff,

v.

C&W ENTERPRISES, INC., et al.,

        Defendants.

2:05-CV-775 JCM (LRL)

**ORDER**

Presently before the court is *Laborers' International Union of North America, Local 872 v. C&W* (2:05-cv-775-JCM-LRL).

On September 23, 2008, the court entered an order (doc. #23) admonishing respondent that default would be entered if it failed to obtain counsel. To that end, the court ordered respondent to file a status report by October 27, 2008, identifying new counsel. (Doc. #23.) Respondent failed to comply with the court's order. Accordingly, the clerk of the court entered default against defendant C&W Enterprises on January 28, 2010. (Doc. #32). To date, no further action has been taken by either party.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that default judgment in *Laborers' International Union of North America, Local 872 v. C&W* (2:05-cv-775-JCM-LRL) is entered in favor of the plaintiff, Laborer's International Union of North America, Local 872.

1

2         IT IS FURTHER ORDERED that the plaintiff shall prepare and submit an appropriate final

3  judgment for the court's review.

4         DATED September 30, 2010.

5

6                                     _____

                                **UNITED STATES DISTRICT JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**                      - 2 -