# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 872,<br><br>          Plaintiff,<br><br>v.<br><br>C&W ENTERPRISES, INC., et al.,<br><br>          Defendants. | 2:05-CV-775 JCM (LRL) |

**ORDER**

Presently before the court is plaintiff Laborers' International Union of North America, Local 872's request for dismissal without prejudice. (Doc. #36). Plaintiff requests that the court dismiss without prejudice defendants C&W Enterprises, Inc., and C&W Enterprises, Inc., d.b.a. T.J. Demolition, pursuant to Federal Rule of Civil Procedure 41(a)(2). Petitioner alleges that the dismissal is appropriate as defendants are no longer represented by counsel, and correspondence addressed to them has been returned to plaintiff and to the court.

Good cause appearing,

. . .

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's request for
2 dismissal without prejudice (doc. #36) is GRANTED. The case is hereby dismissed without
3 prejudice as to defendants C&W Enterprises, Inc., and C&W Enterprises, Inc., d.b.a. T.J.
4 Demolition.

5    DATED April 12, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -